# United States District Court
### for the
## Southern District of New York
### Related Case Statement

---

**Full Caption of Later Filed Case:**

A.P., R.E.A. and K.G., on behalf of themselves and all others similarly situated,

| Plaintiff | Case Number |
|---|---|
| vs. | |
| ZETA GLOBAL CORPORATION and ZETA GLOBAL HOLDINGS, CORPORATION, | |
| Defendant | |

**Full Caption of Earlier Filed Case:**

(including in bankruptcy appeals the relevant adversary proceeding)

DIANE AYERDI, individually and on behalf of all others similarly situated,

| Plaintiff | Case Number |
|---|---|
| vs. | 1:25-cv-05780 |
| ZETA GLOBAL HOLDINGS CORP., and DOTDASH MEREDITH, INC., | |
| Defendant | |

IH-32 												Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed  (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

✔ Open  (If so, set forth procedural status and summarize any court rulings.)

The procedural status of the earlier filed case is very limited, it was just filed yesterday evening. There have not been any court filings other than the complaint and summons requests. There have not yet been any court rulings.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

The newly filed case is likely related to the earlier filed case because both cases concern the same data privacy practices of the core defendant, Zeta Global Corporation. Both cases address Zeta Global Corporation's acquisition, aggregation, retention, sale and use for profit of personally identifiable information of similar consumers. While both cases have some overlap, the newly filed case encompasses a broader class and has more plaintiffs as well as additional causes of action that address similar concerns.

Signature: /s/ Blake Hunter Yagman

Date: July 15, 2025

Firm: Spiro Harrison & Nelson