**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE ZETA GLOBAL DATA PRIVACY LITIGATION

THIS DOCUMENT RELATES TO:

*All Cases*
1:25-cv-05780-PAE
1:25-cv-05823-PAE

Case No. 1:25-cv-05780-PAE

**NOTICE OF MOTION FOR RECONSIDERATION**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of its Motion for Reconsideration, and upon all prior pleadings and proceedings, Plaintiffs will move this Court, before the Honorable Judge Paul A. Engelmayer, United States District Judge, Southern District of New York, at the United States Courthouse for the Southern District of New York, located at 40 Foley Square, New York, New York, on a date and time to be determined by the Court, for an order pursuant to Local Civil Rule 6.3 granting Plaintiffs' Motion for Reconsideration and reversing its decision, together with such other relief as the Court deems just, proper and equitable.

Dated: August 19, 2026

*/s/ Amanda Fiorilla*
Christian Levis
Amanda Fiorilla
Rachel Kesten
Yuanchen Lu
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Tel.: (914) 997-0500
Fax: (914) 997-0035
clevis@lowey.com
afiorilla@lowey.com
rkesten@lowey.com
ylu@lowey.com

Defendants' opposition to plaintiffs' motion is due September 3, 2026. Plaintiffs shall file their reply, if any, by September 10, 2026.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge



Dated: August 20, 2026
New York, New York

Gary E. Mason
Danielle Perry (Admitted *Pro Hac Vice*)
**MASON LLP**
5335 Wisconsin Avenue N.W., Suite 640
Washington, DC. 20015
Tel.: (202) 429-2290
gmason@masonllp.com
dperry@masonllp.com

*Interim Co-Lead Class Counsel*

Blake Hunter Yagman
**YAGMAN PLLC**
1050 30th St. NW
Washington, D.C. 20007
Tel: 929-709-1493
blake.yagman@yagmanpllc.com

*Interim Executive Committee Member*

Israel David
**ISRAEL DAVID LLC**
60 Broad Street, Suite 2900
New York, New York 10004
Tel.: (212) 350-8850
Fac.: (212) 350-8860
israel.david@davidllc.com

*Interim Executive Committee Member*

*Attorneys for Plaintiffs R.E.A., K.G., Diane Ayerdi, and the Putative Classes*